**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**TONYA MITCHELL, on behalf of**                                **PLAINTIFF**
**K.C.M., a minor**

v.            **CASE NO. 4:15-CV-00322 BSM**

**CAROLYN W. COLVIN,**
**Acting Commissioner,**
**Social Security Administration**                                          **DEFENDANT**

## ORDER

After careful consideration, the recommended disposition [Doc. No. 14] submitted by United States Magistrate Judge J. Thomas Ray is adopted, and the case is remanded to the administrative law judge to perform the analysis suggested by the recommended disposition. This order of remand is not to suggest that the administrative law judge reached the wrong conclusion. It is merely ti permit the administrative law judge to comply with the magistrate judge's recommended disposition.

IT IS SO ORDERED this 27th day of February 2017.

_____
UNITED STATES DISTRICT JUDGE