**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**TONYA MITCHELL, on behalf of**                                    **PLAINTIFF**
**K.C.M., a minor**

v.                  **CASE NO. 4:15-CV-00322 BSM**

**CAROLYN W. COLVIN,**
**Acting Commissioner,**
**Social Security Administration**                                       **DEFENDANT**

## JUDGMENT

Consistent with the order that was entered on this day, this case is reversed and remanded to the commissioner for further review.

DATED this 27th day of February 2017.

_____
UNITED STATES DISTRICT JUDGE